# EXHIBIT B

**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ 08540
(609) 919-6600
Richard G. Rosenblatt (Attorney ID #031351990)
*Attorneys for Cotiviti, LLC*

| | |
|---|---|
| BACK & NECK CENTER OF BRICK, LLC and THEODORE KOZIOL, DC,  Plaintiffs,  v.  COTIVITI HEALTHCARE, & UNITED HEALTHCARE, INC., JOHN DOES I-X and ABC ENTITIES I-X,  Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION MIDDLESEX COUNTY  DOCKET NO. MID-L-3441-18  **CONSENT TO REMOVAL** |

Defendant Cotiviti, LLC, improperly named as Cotiviti Healthcare, hereby consents to the removal by defendant United Healthcare, Inc. of this case to the United States District Court for the District of New Jersey.

MORGAN, LEWIS & BOCKIUS LLP

*s/ Richard G. Rosenblatt*
Richard G. Rosenblatt
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540
Phone: (609) 919-6609
*Attorneys for Defendant Cotiviti, LLC*

Dated: July 05, 2018

DB1/ 98183521.1