# EXHIBIT C

STRADLEY RONON STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
Francis X. Manning, Esquire (I.D. No.: 008431991)
Brian P. Seaman, Esquire (I.D. No.: 022522003)
457 Haddonfield Road
LibertyView, Suite 100
Cherry Hill, NJ 08002
856-321-2403

*Attorneys for Defendant UnitedHealthcare, Inc.*

| | |
|---|---|
| BACK & NECK CENTER OF BRICK, LLC, and THEODORE KOZIOL, DC,<br><br>PLAINTIFFS,<br><br>V.<br><br>COTIVITI HEALTHCARE, & UNITED HEALTHCARE, INC., JOHN DOES I-X; and ABC ENTITIES I-X,<br><br>DEFENDANTS. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – MIDDLESEX COUNTY<br><br>DOCKET NO.: MID-L-3441-18<br><br>CIVIL ACTION<br><br>**NOTICE OF FILING NOTICE OF REMOVAL** |

Please take notice that on July 5, 2018, defendant UnitedHealthcare, Inc. removed this action to the United States District Court for the District of New Jersey. A copy of the filed Notice is attached at Exhibit A.

/s/ Francis X. Manning
Francis X. Manning
Brian P. Seaman
**STRADLEY, RONON, STEVENS & YOUNG, LLP**
Woodland Falls Corporate Park
200 Lake Drive East, Suite 100
Cherry Hill, NJ 08002
(856) 321-2400
(856) 321-2415 (fax)

*Attorneys for Defendant UnitedHealthcare, Inc.*

Dated: July 5, 2018

## CERTIFICATE OF SERVICE

I, Francis X. Manning, hereby certify that the foregoing Notice of Filing of Notice of Removal was served via UPS overnight delivery, pre-paid, upon the following:

Jeffrey B. Randolf, Esquire
LAW OFFICE OF JEFFREY RANDOLPH, LLC
139 Harristown Road, Suite 205
Glen Rock, NJ  07652
Attorneys for Plaintiff

Cotiviti Healthcare
6800 Wieskopf Avenue
McKinney, Texas 75070

/s/  Francis X. Manning
Francis X. Manning

Date:  July 5, 2018