**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ 08540
(609) 919-6600
(609) 919-6701
Richard G. Rosenblatt (Attorney ID #031351990)
richard.rosenblatt@morganlewis.com
*Attorneys for Cotiviti, LLC*

### U.S. DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

_____
                                                                    :
BACK & NECK CENTER OF BRICK,     :
LLC and THEODORE KOZIOL, DC,     :       CIVIL ACTION
                                                                    :
                    Plaintiffs,                     :       No. 18-11371-MCA-SCM
                                                                    :
        v.                                                       :
                                                                    :
COTIVITI HEALTHCARE, &              :
UNITED HEALTHCARE, INC.,           :
JOHN DOES I-X and ABC ENTITIES :
I-X,                                                             :
                                                                    :
                    Defendants.                  :

### DEFENDANT COTIVITI, LLC'S CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Cotiviti, LLC, by and through its counsel, Morgan, Lewis & Bockius LLP, hereby certifies that Cotiviti, LLC is a wholly-owned subsidiary of Cotiviti Domestic Holdings, Inc., which is an indirect wholly-owned subsidiary of Verscend Intermediate Holdings Corp.  Verscend Intermediate Holdings

1

Corp. is a portfolio company of Veritas Capital Fund Management, LLC. No publicly held company owns 10% or more of Cotiviti, LLC's stock.

        Respectfully submitted,

        **MORGAN, LEWIS & BOCKIUS LLP**

        *s/ Richard G. Rosenblatt*
        Richard G. Rosenblatt
        MORGAN, LEWIS & BOCKIUS LLP
        502 Carnegie Center
        Princeton, New Jersey 08540
        Phone: (609) 919-6609
        *Attorneys for Defendant Cotiviti, LLC*

Dated: October 3, 2018

## **CERTIFICATE PURSUANT TO LOCAL RULE 11.2**

I hereby certify that the matters in controversy are not the subject of any other action pending in any court or arbitration administrative proceeding.

**MORGAN, LEWIS & BOCKIUS LLP**

*s/ Richard G. Rosenblatt*
Richard G. Rosenblatt
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540
Phone: (609) 919-6609
*Attorneys for Defendant Cotiviti, LLC*

Dated: October 3, 2018

## CERTIFICATE OF SERVICE

It is hereby certified that on this date a copy of the foregoing document was electronically filed with the Court and served on all counsel/parties of record via the Court's Electronic Case Filing system:

Jeffrey B. Randolph, Esquire
139 Harristown Road, Suite 205
Glen Rock, NJ 07452
jrandolph@jrlaw.net
*Attorneys for Plaintiffs*


Francis X. Manning
Brian P. Seaman
Stradley Ronon Stevens & Young, LLP
Liberty View, 457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
fmanning@stradley.com
bseaman@stradley.com

*Attorneys for Defendant UnitedHealthcare, Inc.*


/s/ Richard G. Rosenblatt
Richard Rosenblatt

Dated: October 3, 2018